UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARKO BROWN and T.F.,

        Plaintiffs,

v.

GENERAL MOTORS, LLC, et al.,

        Defendants.
_____/

Case No. 2:23-cv-10085

HONORABLE STEPHEN J. MURPHY, III

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT [145]

The Court held a settlement conference on April 2, 2025, and the parties settled the case. ECF No. 137; ECF No. 142. The parties then moved for approval of the settlement as to Plaintiff T.F., a legally incapacitated individual. ECF No. 145, PageID.4492–94. The Court conducted a hearing via video teleconferencing facilities on July 2, 2025, at which Attorney Denise Grass appeared for the conservator, *see* ECF No. 159-2. At the hearing, the Court reviewed the allegations and proposed settlement. Based on the information furnished and for the reasons stated on the record, the Court finds that the settlement is fair and in the best interests of T.F. *See* Mich. Ct. R. 2.420; *see, e.g., Ecker v. Allstate Ins. Co.*, No. 09-cv-14691, 2013 WL 4012832, at *2 (E.D. Mich. Aug. 6, 2013) (magistrate judge recommending the court approve a settlement because, after the judge reviewed the terms, it appeared that the settlement was in the best interests of the incapacitated individual).

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's motion to approve the

1

settlement as to T.F. [145] is **GRANTED**.

      **SO ORDERED.**

                                        s/ Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: July 7, 2025